UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,          )
                           Plaintiff,          )
                                   )
      v.                               )
                                   )
RODNEY O. PERRY                    )
                         Defendant.         )
                                   )
------------------------------------------------------X

Civil Action No.: CV-05-512(JBW)(WDW)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ NOV 0 9 2005 ★

BROOKLYN OFFICE

### ORDER DISMISSING CASE WITH PREJUDICE

Upon motion of the United States of America, for good cause shown, it is hereby ordered that the Complaint in this cause be dismissed with prejudice.

Signed: Brooklyn, New York
    10/31 , 2005

                                        Jack B. Weinstein
                                        United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X   Civil Action No.: CV-05-512(JBW)(WDW)
UNITED STATES OF AMERICA,        )
                    Plaintiff,        )
                              )
      v.        )
                              )
RODNEY O. PERRY        )
                  Defendant.        )
                              )
-------------------------------------------------X

## MOTION TO DISMISS

Hon. Jack B. Weinstein:

United States of America ("USA") by and through its attorney, Michael T. Sucher, Esq., moves this Honorable Court for an order dismissing this action, and in support states:

1. The Complaint in this cause was filed on January 27, 2005
2. The plaintiff has paid his balance in full.

WHEREFORE, plaintiff respectfully requests that the Court sign the attached order dismissing this case with prejudice, and for such other and further relief as may be just and proper.

Dated: Brooklyn, New York
       October 12, 2005

Respectfully submitted,

_s/Michael T. Sucher, Esq. (MS-9414)_
Michael T. Sucher, Esq.
Private counsel for Plaintiff
United States of America
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995