```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    JUDGMENT
                                             05-CV- 0512 (JBW)
                Plaintiff,

    -against-

RODNEY O. PERRY,

                Defendant.
------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 1 0 2005 ★
BROOKLYN OFFICE

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on November 9, 2005, dismissing the complaint with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, New York
       November 09, 2005

                                             ROBERT C. HEINEMANN
                                             Clerk of Court